UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
CINCINNATI DIVISION

| | | |
|---|---|---|
| JAMES JORDAN, | ) | |
| | ) | |
| PLAINTIFF, | ) | CASE NO: 1:13cv853 |
| vs. | ) | |
| | ) | Judge Susan J. Dlott |
| NORFOLK SOUTHERN RAILWAY | ) | |
| COMPANY, a corporation | ) | |
| DEFENDANT. | ) | |

**STIPULATED EXTENSION OF TIME TO MOVE, ANSWER AND/OR OTHERWISE PLEAD**

Now come Plaintiff James Jordan, and Defendant Norfolk Southern Railway Company, by and through counsel, and hereby stipulate that Defendant Norfolk Southern Railway Company may have an additional twenty-one (21) days to and including January 6, 2014, to move, answer or otherwise plead to Plaintiff's Complaint. No prior extension has been requested or granted by this Court.

Respectfully Submitted,

*/s/ Kenneth R. Reed (via e-mail approval)*
Kenneth R. Reed
Kenneth R. Reed, PSC
241 Elm Street
Ludlow, KY 41016

*/s/ James H. Wettermark (via e-mail approval)*
James H. Wettermark
Wettermark & Keith, LLC.
210 Highland Ave., S. Suite 600
Birmingham, AL 35205
*Counsel for Plaintiff*

*/s/ R. Leland Evans*
R. Leland Evans (0006833)
Dickie, McCamey & Chilcote, P.C.
2109 Stella Court
Columbus, Ohio 43215
*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify a copy of the foregoing *Stipulation for Extension of Time to Move, Answer, or Otherwise Plead* was served by U.S. First-Class mail, postage prepaid, on this 12th day of December, 2013 upon the following:

Kenneth R. Reed
Kenneth R. Reed, PSC
241 Elm Street
Ludlow, KY 41016

James H. Wettermark
Wettermark & Keith, LLC
2101 Highland Avenue S., Suite 600
Birmingham, AL 35205

                                                   */s/ R. Leland Evans*
                                                   R. Leland Evans (0006833)
                                                   Dickie, McCamey & Chilcote, P.C.