IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

James Jordan, :
:
    Plaintiff(s), :
: Case Number: 1:13cv853
vs. :
: Judge Susan J. Dlott
Norfolk Southern Railway Company, :
:
    Defendant(s). :

ORDER

A show cause hearing was held on January 22, 2015. Plaintiff was notified by certified mail of the hearing and did not comply with the show cause order. Plaintiff's attorney filed a motion withdraw (Doc. 12) which the Court orally GRANTED.

Due to the failure of plaintiff to comply with the Court order, this case is hereby **DISMISSED** for want of prosecution.

IT IS SO ORDERED.

*Susan J. Dlott*
Judge Susan J. Dlott
United States District Court